```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
Kanoo Group LLC et al.,                  :
                                         :
                Plaintiffs,              :
                                         :
     - against -                         :
                                         :
Parkroad Corporation,                    :
                                         :
                Defendant.               :
---------------------------------------- X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3·2·09

08 Civ. 11205 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Plaintiffs Kanoo Group LLC, Yusuf Bin Ahmed Kanoo WLL, and Yusuf Bin Ahmed Kanoo LLC ("Plaintiffs") filed a complaint on December 23, 2008 ("Complaint"), seeking a Maritime Attachment and Garnishment as to the defendant herein. Plaintiffs filed an amended complaint on January 6, 2009 ("Amended Complaint"), once again seeking a Maritime Attachment and Garnishment as to the defendant herein. Plaintiffs were informed by telephone that the Court would not grant an order for issuance of Maritime Attachment and Garnishment pursuant to either the Complaint or the Amended Complaint. A review of the Docket Sheet for this action indicates no further entry in the public file, correspondence with the Court or any other proceedings since January 6, 2009. Accordingly, it is hereby

**ORDERED** that Plaintiffs inform the Court by March 9, 2009 as to the status of this matter, whether any further proceedings have occurred or are contemplated, and whether any reason exists for maintaining the action listed on the Court's docket of active cases; and it is further

**ORDERED** that in the event no timely response to this Order is received, the Court may dismiss the action for lack of prosecution.

**SO ORDERED.**

Dated:   New York, New York
         27 February 2009

                                    _____
                                       VICTOR MARRERO
                                          U.S.D.J.